ACCEPTED
03-16-00718-CV
13658701
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:14:46 AM
JEFFREY D. KYLE
CLERK

# No. 03-16-00718-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:14:46 AM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF
TEXAS AT AUSTIN**

**IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION:
TCAA ENFORCEMENT CASE**

**On Petition for Permissive Interlocutory Appeal from MDL No. 15-0844,
pending in the 353rd Judicial District Court
Travis County, Texas**

**DALLAS COUNTY'S NOTICE OF
APPEARANCE OF COUNSEL
AND DESIGNATION OF LEAD COUNSEL ON APPEAL**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellee Dallas County files this Notice of Appearance

of Counsel and Designation of Lead Counsel on Appeal as follows:

1.      Appellee designates the following attorneys as counsel on appeal:

Andrew B. Sommerman
Texas Bar No. 18842150
andrew@textrial.com

George A. 'Tex' Quesada, Jr.
Texas Bar No. 16427750
quesada@textrial.com

Jody Leigh Rodenberg
Texas Bar No. 24073133
JRodenberg@textrial.com

SPECIAL COUNSEL

1

Sommerman, McCaffity & Quesada LLP
3811 Turtle Creek Blvd Ste. 1400
Dallas, TX 75219-4492
Telephone: (214) 720-0720
Telecopier: (214) 720-0184

Russell Roden
Assistant District Attorney
Texas Bar No. 17132070
Russell.Roden@dallascounty.org

Frank Waite
Assistant District Attorney
Texas Bar No. 20667300
Frank.Waite@dallascounty.org

Dallas County District Attorney's Office
Administration Building, 5th Floor
411 Elm Street, Suite 500
Dallas, TX 75202-3384
(214) 653-7358
(214) 653-6134 (facsimile)

Anthony F. Constant
Texas Bar No. 04711000
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

2.    LEAD COUNSEL designation. Pursuant to TEX. R. APP. P. 6.1, Appellee hereby designates Andrew B. Sommerman andrew@textrial.com and Anthony F. Constant office@constantlawfirm.com as LEAD COUNSEL on appeal.

3.    Appellee respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to Andrew B. Sommerman and Anthony F. Constant.

2

Respectfully submitted,

By: /s/ *Andrew B. Sommerman*
      Andrew B. Sommerman
      Texas Bar No. 18842150
      andrew@textrial.com
      Sommerman, McCaffity & Quesada LLP
      3811 Turtle Creek Blvd Ste. 1400
      Dallas, TX 75219-4492
      Telephone: (214) 720-0720
      Telecopier: (214) 720-0184

      **ATTORNEY FOR APPELLEE**
      **DALLAS COUNTY**

## CERTIFICATE OF SERVICE

I certify that on November 8th a copy of the foregoing Notice was served upon all counsel of record registered with the Electronic Filing Service for this matter in compliance with the Texas Rules of Appellate Procedure.

/s/ Anthony F. Constant
Anthony F. Constant
office@constantlawfirm.com

3